

PREET BHARARA
United States Attorney for the
Southern District of New York
By: ELIZABETH M. TULIS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2725
Facsimile: (212) 637-2702
E-mail: elizabeth.tulis@usdoj.gov


RECEIVED
MAR 30 2016
CASHIER'S OFFICE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

IN RE:                                          :
                                                :
LETTERS ROGATORY FOR                            :
INTERNATIONAL JUDICIAL                          :
ASSISTANCE FROM THE NATIONAL                    :
FIRST INSTANCE COURT FOR CIVIL                  :
MATTERS NO. 8, OF THE FEDERAL                   :
CAPITAL CITY, REPUBLIC OF                       :
ARGENTINA, IN THE MATTER OF                     :
SLELATT, JESSICA V. SALEM, SIMON                : .
GABRIEL (CASE FILE NO. 34518/14)                :

--------------------------------------------------------x

DECLARATION OF
ELIZABETH M. TULIS

16 Misc.   **16 MISC 136**

I, ELIZABETH M. TULIS, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an Assistant United States Attorney in the Office of the United States

Attorney for the Southern District of New York, counsel for the United States of America (the

"Government").  I make this declaration upon information and belief based upon the attached

exhibits and communications with personnel in the United States Department of Justice, to which

a letters rogatory has been transmitted for execution.  I make this declaration in support of the

Government's request, pursuant to 28 U.S.C. § 1782(a),[1] for an order appointing me as a

---

[1] Section 1782(a) provides, in pertinent part, as follows:

> The district court of the district in which a person resides or
> is found may order him to give his testimony or statement or to

Commissioner for the purpose of obtaining information from Israel Discount Bank.

2.      In connection with a proceeding captioned "Slelatt, Jessica v. Salem, Simon Gabriel (Case File No. 34518/14)," and pending in the First Instance Court for Civil Matters No. 8, of the Federal Capital City, Republic of Argentina (the "Argentine Court"), the Argentine Court issued a letters rogatory seeking information from Israel Discount Bank. A true and correct copy of the letters rogatory is attached hereto as Exhibit A.

3.      An undated draft of a subpoena addressed to Israel Discount Bank, Attention: Legal Department, 511 Fifth Avenue, New York, NY 10017, which the Government intends to serve upon my appointment as Commissioner, is attached hereto as Exhibit B.

4.      To assist the Argentine Court in obtaining the requested information, I respectfully request that this Court appoint me as Commissioner as proposed in the *ex parte* order attached hereto as Exhibit C. No previous application for the relief sought herein has been made.

---

produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

WHEREFORE, the United States respectfully requests that this Court enter the attached Order.

Dated: New York, New York
       March  29  , 2016

*Elizabeth Tulis*

ELIZABETH M. TULIS
Assistant United States Attorney

Exhibit A

## EXHORTO DIPLOMATICO AMPLIATORIO

La Sra. Juez JULIA L. SERVETTI DE MEJIAS. a cargo del Juzgado Nacional de Primera Instancia en lo Civil Nro. 8 de la Capital Federal de la República Argentina, sito en Lavalle 1220 de la Ciudad Autónoma de Buenos Aires, a la Autoridad Central de Estados Unidos de Norteamérica SALUDA Y HACE SABER: Que por ante el Juzgado a mi cargo, Secretaría única interinamente a cargo de la Dra. Patricia F. Martín, tramitan los autos **"SLELATT JESSICA C/SALEM SIMON GABRIEL S/MEDIDAS CAUTELARES"** (Expte. Nro. 34518/14), en los que, a instancia de la parte actora, se ha dispuesto el libramiento del presente exhorto dirigido al Israel Discount Bank, a fin de ampliar el que fuera librado con fecha 22 de agosto de 2014, dando así cumplimiento a la totalidad de los requisitos dispuestos por la Ley 23.480. En consecuencia, en primer lugar se rectifica que la ley que rige es la 23.480 sobre la Obtención de Pruebas en el Extranjero en Materia Civil o Comercial, adoptada por la Conferencia de La Haya de Derecho Internacional Privado, y no la Ley 23.505 que fuera consignada en el exhorto anterior. En segundo lugar se amplía el exhorto, haciendo saber que existe entre las partes un Juicio de Divorcio Vincular Autos "Slelatt Jessica c/Salem Simon Gabriel s/Divorcio Vincular" (Expte. Nro. 34517/14), y que estas medidas precautorias están vinculadas con el Divorcio y que fueron decretadas para resguardar la porción ganancial de los bienes que corresponden a la Sra. Slelatt en la liquidación de la sociedad conyugal.--------------------------------------------------------------

El auto que así lo ordena dice en su parte pertinente: "Buenos Aires, 17 de Junio de 2014. ...-Líbrense los exhortos diplomáticos pedidos en los puntos 4.7 y 4.9. ...Julia L. Servetti de Mejías, Juez Nacional en lo Civil". "Buenos Aires, 8 de agosto de 2014. Tengase presente. Javier Roberto Filinich, prosecretario administrativo."Buenos Aires, 15 de Septiembre de 2014.- Líbrese el exhorto ampliatorio solicitado en los términos indicados en la pieza a despacho.- Julia L. Servetti de Mejías, Juez Nacional en lo Civil".-----------

EXHORTO al Sr. Juez el fiel cumplimiento de esta rogatoria, ofreciendo reciprocidad para casos análogos.-----------------------------------------------------

Dado, firmado y sellado en la sala de mi público despacho, en la Ciudad Autónoma de Buenos Aires, Capital de la República Argentina a los 30 días del mes de Septiembre de 2014.-----------

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN

Bs. As., 3 0 SEP 2014

QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

ELISABET B. CARAMÉS
JEFE DE DESPACHO
INTERINA

TRADUCCIÓN PÚBLICA. ————————————————————

SWORN TRANSLATION. ————————————————————

**EXPANDED DIPLOMATIC LETTERS ROGATORY.** ————————————

There is a seal that reads: National Civil Court No. 8 of the Federal Capital City. Republic of Argentina. ————————————————————

The Madam Judge JULIA L. SERVETTI DE MEJIAS, in charge of the National First Instance Court for Civil Matters No. 8 of the Federal Capital City of the Republic of Argentina, located at Lavalle 1220, Ciudad Autónoma de Buenos Aires, to the Central Authority of the United States of North America HEREBY REQUESTS AND INFORMS: that the Court under my charge, sole Clerk's Office provisionally under Patricia F. Martín, Esq., is processing the case entitled "SLELATT JESSICA v. SALEM SIMON GABRIEL Re. INJUNCTIONS" (Case File No. 34518/14), in which, at the request of the petitioner, it has been decided to issue this Letters Rogatory addressed to the Israel Discount Bank, so as to expand that issued on August 22nd, 2014, thus complying fully with the requirements of Act 23480. Therefore, firstly it is rectified that the governing act is Act 23480 on the Taking of Evidence Abroad in Civil or Commercial Matters, adopted by the Hague Conference on Private International Law, and not Act 23505, as stated in the previous Letters Rogatory. Secondly, this Letters Rogatory is expanded to inform that the parties are involved in an Absolute Divorce Lawsuit entitled "Slelatt Jessica v. Salem Simon Gabriel re. Absolute Divorce" (Case File No. 34517/14), and that these injunctions are related to the Divorce and have been ordered with a view to protecting that portion of the community property belonging to Mrs. Slelatt upon the dissolution of the marital partnership. ——————————

The judicial ruling ordering so in its pertinent part reads as follows: "Buenos Aires, June 17th, 2014. …-The Letters Rogatory requested under items 4.7 and 4.9 be issued. …Julia L. Servetti de Mejías, National Civil Judge". "Buenos Aires, August 8th, 2014. Let this be considered. Javier Roberto Filinich, administrative deputy clerk. "Buenos Aires, September 15th, 2014.- The expanded Letters Rogatory requested under the terms stated herein be issued.- Julia L. Servetti de Mejías, National Civil Judge". ——————

I REQUEST the Honorable Judge faithful fulfillment of this Letters Rogatory, and offer reciprocity to provide assistance in similar cases. ————————————————

Signed, sealed and delivered in my public Office in the Autonomous City of Buenos Aires, Capital City of the Republic of Argentina, on this 30th day of the month of September of the year 2014. ————————————————————

Signed: illegible. ————————————————————

Sealed: JULIA LAURA SERVETTI de MEJIAS – NATIONAL CIVIL JUDGE. ———

Signed: illegible. ————————————————————

Sealed: PATRICIA F. MARTIN – INTERIM CLERK. ————————————————

There is a seal that reads: National Civil Court of Appeals of the Federal Capital City. Legalizations. ————————————————

There is a seal that reads: The National Civil Court of Appeals hereby certifies in Buenos Aires, on September 30th, 2014, that the preceding signature and seal are similar to the ones filed in our records. ————————————————

Signed: illegible. ————————————————

Sealed: ELISABET S. CARAMES – INTERIM OFFICE HEAD. ————————————————

CERTIFIED TO BE A TRUE TRANSLATION OF THE ENCLOSED DOCUMENT, the original, written in Spanish. ————————————————

ESTRADUCCIÓN FIEL del documento adjunto, el documento original, escrito en idioma nacional, que he tenido a la vista y al cual me remito y que he vertido al idioma inglés. Buenos Aires, 13 de octubre de 2014. ————————————————

COLEGIO DE TRADUCTORES PUBL...
DE LA CIUDAD DE BUENOS A...
Corresponde a la Ley...
N° 66391/14
NATALIA SOLEDAD TESTA

NATALIA SOLEDAD ALVAREZ
Traductora Pública
Idioma Inglés
Mat. T° XV F° 365 C.F.
Insc. C.T.P.C.B.A. n° 5564

CTPCBA Control Interno



2 2 1 9 7 1 6 6 7 9 1
27/10/2014 . 789613







# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que

la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

al/a la Traductor/a Público/a   ÁLVAREZ, NATALIA SOLEDAD

que obran en los registros de esta institución, en el folio   del Tomo   en el idioma
395   15   INGLÉS

Legalización número: **66791**

Buenos Aires, 27/10/2014



MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 22187166791

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Association of Sworn Translators of the City of Buenos Aires) by Argentine law No. 20305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du *Traductor Público* (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, exclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL'ULTIMO FOGLIO DELLA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

## EXHORTO DIPLOMATICO

La Sra. Juez JULIA L. SERVETTI DE MEJIAS. a cargo del Juzgado Nacional de Primera Instancia en lo Civil Nro. 8 de la Capital Federal de la República Argentina, sito en Lavalle 1220 de la Ciudad Autónoma de Buenos Aires, a la Autoridad Central de Estados Unidos de Norteamérica SALUDA Y HACE SABER: Que por ante el Juzgado a mi cargo, Secretaría única interinamente a cargo de la Dra. Patricia F. Martín, tramitan los autos "SLELATT JESSICA C/SALEM SIMON GABRIEL S/MEDIDAS CAUTELARES" (Expte. Nro. 34518/14), en los que, a instancia de la parte actora, se ha dispuesto el libramiento del presente a fin de que por intermedio del Tribunal del Estado de New York, el Juzgado Regional requiera al Israel Discount Bank, con domicilio en 511 Fifth Avenue, New York, NY 10017, y/o en cualquiera de sus oficinas, sucursales o filial de dicho banco, para que informen si el demandado SIMON GABRIEL SALEM, DNI, Nro 29.866.629, argentino, ha sido o es titular o apoderado de cuentas bancarias en dicha entidad bancaria, si tiene o tuvo cuentas corrientes y/o de ahorro y/o de depósitos y/o de cajas de seguridad y/o de acciones, bonos, letras, valores y certificados y/o de cualesquiera otros valores en entidades del sistema bancario y financiero federal, estadual y municipal; y en su caso, indique de qué tipo y los datos necesarios para su concreta individualización, desde el 18 de marzo de 2008 y hasta la fecha de contestación del informe.- Dicha institución bancaria deberá informar acerca del resultado de la medida ordenada. --------------------------------------------------------------------------------

Se hace saber que el presente proceso versa sobre medidas precautorias, iniciado por la Sra. Jessica Slelatt por derecho propio contra el Sr. Simón Gabriel Salem.--------------------------------------------------------------------------------

Asimismo, se deja constancia que la Ley de Protección de Secreto Financiero de 1978, Código de los Estados Unidos 12, artículos 3401-3422, que el Sr. Simón Gabriel Salem es de nacionalidad argentina, de estado civil casado, con la Sra. Jessica Slelatt, con domicilio en Juncal 3616 1ºA, Buenos Aires, Argentina, y no reside en los Estados Unidos de América. Del mismo modo, se consigna que las presentes actuaciones versan sobre un juicio familiar, y que los hechos esencialmente controvertidos se vinculan con la capacidad patrimonial de aquél. Este exhorto se libra, de conformidad con lo dispuesto por la ley 23.503, que aprueba la Convención Interamericana sobre Exhortos o Cartas Rogatorias.--------------------------------------------------------

El auto que así lo ordena que así lo ordena dice en su parte pertinente: "Buenos Aires, 17 de Junio de 2014. ...-Líbrense los exhortos diplomáticos

pedidos en los puntos 4.7 y 4.9. ...Julia L. Servetti de Mejías, Juez Nacional en lo Civil". "Buenos Aires, 8 de agosto de 2014. Tengase presente. Javier Roberto Filinich, prosecretario administrativo.————————————————

EXHORTO al Sr. Juez el fiel cumplimiento de esta rogatoria, ofreciéndo reciprocidad para casos análogos.———————————————————

Dado, firmado y sellado en la sala de mi público despacho, en la Ciudad Autónoma de Buenos Aires, Capital de la República Argentina a los 22 días del mes de Agosto de 2014.————————————————

JULIA LAURA SERVETTI de MEJÍA
JUEZ NACIONAL EH LO

JULIA LAURA SERVETTI de MEJÍAS
JUEZ NACIONAL EN LO CIVIL

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN
Bs. As.     2 7 AGO 2014
QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

MARIANA IRIGARAY
PROSECRETARIA ADMINISTRATIVA
LEGALIZACIONES CAMARA CIVIL

TRADUCCIÓN PÚBLICA. -----------------------------------------------------------

SWORN TRANSLATION. -----------------------------------------------------------

<u>DIPLOMATIC LETTERS ROGATORY.</u> ------------------------------------------

There is a seal that reads: National Civil Court No. 8 of the Federal Capital City. Republic of Argentina. --------------------------------------------------------------

The Madam Judge JULIA L. SERVETTI DE MEJIAS, in charge of the National First Instance Court for Civil Matters No. 8 of the Federal Capital City of the Republic of Argentina, located at Lavalle 1220, Ciudad Autónoma de Buenos Aires, to the Central Authority of the United States of North America HEREBY REQUESTS AND INFORMS: that the Court under my charge, sole Clerk's Office provisionally under Patricia F. Martín, Esq., is processing the case entitled "SLELATT JESSICA V. SALEM SIMON GABRIEL Re. INTERIM ORDERS" (Case File No. 34518/14), in which, at the request of the petitioner, it has been decided to issue this Letters Rogatory so that through the Court of the State of New York, the Regional Court requests the <u>Israel Discount Bank</u>, located at 511 Fifth Avenue, New York, NY 10017, and / or any of the offices, branches or subsidiaries of said bank to inform whether the respondent <u>SIMON GABRIEL SALEM, BEARING NATIONAL IDENTITY CARD (DNI) No. 29866629,</u> Argentine, has ever been or currently is a bank account holder or proxy in said entity, whether he holds any current accounts and/or savings accounts and/or deposit accounts and/or safe-deposit boxes and/or shares, bonds, drafts, securities and certificates and/or any other securities entrusted to institutions belonging to the federal, state and municipal banking and financial system; and, that being the case, to indicate what kind and provide the necessary information to identify them, from March 18th, 2008, until the date on which the report is answered.- Said banking institution shall provide information about the result of the ordered measure. ---------------------------------

It is hereby informed that these proceedings deal with interim orders, initiated by Mrs. Jessica Slelatt in her own right against Mr. Simón Gabriel Salem. ----------------------------

Likewise, it is stated for the record that the Financial Privacy Act of 1978, United States Code 12, Sections 3401-3422, that Mr. Simón Gabriel Salem is of Argentine nationality, married to Mrs. Jessica Slelatt, with domicile at Juncal 3616 1° A, Buenos Aires, Argentina, and does not reside in the United States of America. In the same manner, I request that it be expressly recorded that the present proceedings deal with a family trial, and that the essentially controversial facts are related with the financial capacity of Mr. Simón Gabriel Salem. This letters rogatory is issued pursuant to Act 23503, which approves the Inter-American Convention on Letters Rogatory. ------------

The judicial ruling ordering the issuance of the present letters rogatory in its pertinent part reads as follows: "Buenos Aires, June 17th, 2014. ...:-The letters rogatory requested under items 4.7 and 4.9 be issued. ...Julia L. Servetti de Mejías, National Civil Judge".

ILEDAD ALV
dora Pública
ma Inglés
V F° 395 0
!C.B.A. N° 5

"Buenos Aires, August 8th, 2014. Let this be considered. Javier Roberto Filinich, administrative deputy clerk. ------------------------------------------------------------------------

I REQUEST the Honorable Judge faithful fulfillment of this letters rogatory, and offer reciprocity to provide assistance in similar cases. -------------------------------------------------

Signed, sealed and delivered in my public Office in the City of Buenos Aires, Capital City of the Republic of Argentina, on this 22nd day of the month of August of the year 2014. -----------------------------------------------------------------------------------------------

Signed: illegible. ---------------------------------------------------------------------------------

Sealed: JULIA LAURA SERVETTI de MEJIAS – NATIONAL CIVIL JUDGE. ---------

Signed: illegible. ---------------------------------------------------------------------------------

Sealed: PATRICIA F. MARTIN – INTERIM CLERK. ----------------------------------------

There is a seal that reads: National Civil Court of Appeals of the Federal Capital City. Legalizations. ---------------------------------------------------------------------------------------

There is a seal that reads: The National Civil Court of Appeals hereby certifies in Buenos Aires, on August 27th 2014, that the preceding signature and seal are similar to the ones filed in our records. ------------------------------------------------------------------------

Signed: illegible. ---------------------------------------------------------------------------------

Sealed: MARIANA IRIGARAY – ADMINISTRATIVE DEPUTY CLERK. LEGALIZATIONS. CIVIL COURT. ----------------------------------------------------------------

CERTIFIED TO BE A TRUE TRANSLATION OF THE ENCLOSED DOCUMENT, the original, written in Spanish. ------------------------------------------------------------------

ESTRADUCCIÓN FIEL del documento adjunto, el documento original, escrito en idioma nacional, que he tenido a la vista y al cual me remito y que he vertido al idioma inglés. Buenos Aires, 30 de agosto de 2014. --------------------------------------------------

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización

N° 54600/14
PRISCILA CRISTINA GUELFI

NATALIA SOLEDAD ALVAREZ
Traductora Pública
Idioma Inglés
Mat. T° XV F° 395 C.F.
Insc. C.T.P.C.B.A. N° 5564

CTPCBA Control Intern

2 1 6 1 2 5 5 4 6 0 0
08/09/2014   77104



Pe
er
la
al
q!

L
B



# COLEGIO DE TRADUCTORES PÚBLICOS
## DE LA CIUDAD DE BUENOS AIRES

Repúbica Argentina
Ley 20305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que

la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

al/a la Traductor/a Público/a   ÁLVAREZ, NATALIA SOLEDAD

que obran en los registros de esta institución, en el folio       del Tomo       en el idioma
                                                       395             15                    INGLÉS

Legalización número: **54600**

Buenos Aires, 08/09/2014

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 21612554600

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Association of Sworn Translators of the City of Buenos Aires) by Argentine law No. 20305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du *Traductor Público* (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, exclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL'ULTIMO FOGLIO DELLA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

Exhibit B

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| In re: Letters Rogatory for International Judicial Assistance from the National First Instance Court for Civil Matters No. 8, of the Federal Capital City, Republic of Argentina, in the Matter of Slelatt, Jessica v. Salem, Simon Gabriel (Case File No. 34518/14) | ) ) ) ) ) ) ) |

Civil Action No.    16 Misc.

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Israel Discount Bank
     Attention: Legal Compliance Department, 511 Fifth Avenue, New York, NY 10017

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: The matters to be covered during the deposition are set forth in the Execution Affidavit attached hereto as Rider A. If you complete the Execution Affidavit, sign the last page before a notary public, and return it to the Assistant United States Attorney by _____, 2016, you do not need to appear for the deposition.

| Place: U.S. Attorney's Office, Southern District of New York    86 Chambers Street, 3rd Floor, New York, NY 10007 | Date and Time: |
|---|---|

The deposition will be recorded by this method:    Stenography

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____      _____
      *Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* U.S.A. on behalf of the First Instance Court for Civil Matters No. 8, of the Federal Capital City, Argentina, who issues or requests this subpoena are: Elizabeth M. Tulis, Assistant United States Attorney, U.S. Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007. Email: elizabeth.tulis@usdoj.gov. Tel.: 212-637-2725

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 16 Misc.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Israel Discount Bank

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
　(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
　(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
　　(i) is a party or a party's officer; or
　　(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
　(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
　(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
　(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
　(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
　　(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
　　(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

　(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

　　(i) fails to allow a reasonable time to comply;
　　(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
　　(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
　　(iv) subjects a person to undue burden.
　(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

　　(i) disclosing a trade secret or other confidential research, development, or commercial information; or
　　(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
　(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
　　(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
　　(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

　(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
　(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
　(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
　(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
　(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
　　(i) expressly make the claim; and
　　(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
　(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                                  :     *EX PARTE* ORDER
                                                        :
LETTERS ROGATORY FOR                                    :     16 Misc.
INTERNATIONAL JUDICIAL                                  :
ASSISTANCE FROM THE NATIONAL                            :
FIRST INSTANCE COURT FOR CIVIL                          :
MATTERS NO. 8, OF THE FEDERAL                           :
CAPITAL CITY, REPUBLIC OF                               :
ARGENTINA, IN THE MATTER OF                             :
SLELATT, JESSICA V. SALEM, SIMON                        :
GABRIEL (CASE FILE NO. 34518/14)                        :
-------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Preet Bharara, United

States Attorney for the Southern District of New York, on behalf of the First Instance Court for

Civil Matters No. 8, of the Federal Capital City, Republic of Argentina, is seeking to obtain

information from Israel Discount Bank in New York, New York, for use in connection with a

judicial proceeding pending in that court captioned "Slelatt, Jessica v. Salem, Simon Gabriel

(Case File No. 34518/14)."

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a)

and Rule 28(a) of the Federal Rules of Civil Procedure, that Elizabeth M. Tulis, Assistant United

States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to

take such lawful steps as are necessary to obtain information from Israel Discount Bank and to

submit said information to the United States Attorney for the Southern District of New York for

transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve

Israel Discount Bank with a copy of this Order and the accompanying documents.

Dated: New York, New York
        _____ \_\_\_\_, 2016

                                             _____
                                             UNITED STATES DISTRICT JUDGE